

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-13-00256-CV

**IN THE INTEREST OF M.D.R.** and A.M.R., Children

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2011-PA-02345
Honorable Charles E. Montemayor, Judge Presiding[1]

BEFORE JUSTICE BARNARD, JUSTICE MARTINEZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the motion to withdraw is granted and the trial court's judgment is AFFIRMED.

We order that no costs be assessed against appellant J.R. because he is indigent.

SIGNED September 18, 2013.

Marialyn Barnard, Justice

---

[1] The Honorable Antonio Arteaga is the presiding judge of the 57th Judicial District Court of Bexar County, Texas. The termination order was signed by Associate Judge Charles E. Montemayor.